# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## MEMORANDUM

TO:      Counsel of Record

FROM:      Judge Roger W. Titus  
             Judge Paul W. Grimm

RE:      Malibu Media, LLC v. John Doe Cases in the District of Maryland

DATE:      March 19, 2013

\* \* \* \* \* \* \* \* \*

On March 1st and March 7th of 2013, this Court issued Memoranda concerning cases in which Malibu Media, LLC ("Malibu Media") is the Plaintiff in the United States District Court for the District of Maryland. The Court invited attorneys to participate as amicus curiae in a hearing scheduled for March 25, 2013, at 1:00 p.m., and advised the attorneys to submit letters to this Court by March 18th stating whether they intended to participate in the hearing.

Attached to this Memorandum are all letters from amicus curiae submitted by March 18, 2013. One amicus letter was filed in *Malibu Media, LLC v. John Doe*, No. 13-cv-360-RWT, ECF No. 12. The Court grants all requests in the letters for counsel to participate in the hearing on March 25, 2013. The Clerk is directed to docket this Memorandum and the attached letters in all cases listed in the Appendix attached hereto. This Memorandum and the attached letters shall also be provided to the attorneys who submitted letters as amicus curiae.

Roger W. Titus  
United States District Judge

Paul W. Grimm  
United States District Judge