UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

MEMORANDUM

TO:       Counsel of Record

FROM:   Judge Roger W. Titus
        Judge Paul W. Grimm

RE:       Malibu Media, LLC v. John Doe Cases in the District of Maryland

DATE:    March 20, 2013

\* \* \* \* \* \* \* \* \*

As noted in previous Memoranda, the undersigned will jointly preside over a hearing on March 25, 2013, at 1:00 p.m., concerning requests for subpoenas made by Malibu Media, LLC ("Malibu Media") in numerous cases before this Court. The Court has become aware of the recently implemented Copyright Alert System, frequently referred to as the "six-strike rule." Under this new system, internet service providers will send up to six warnings to internet account holders whose accounts may have been used to violate copyrights.

The Court intends to question counsel at the March 25th hearing regarding this six-strike rule. The Court may ask whether this rule alleviates the need for copyright holders like Malibu Media to request subpoenas before internet account holders are put on notice via the Copyright Alert System that their accounts are being used for copyright infringing activity. Two news articles relating to the Copyright Alert System are attached to this Memorandum. Also attached is John C. Lowe's letter of rebuttal to Ira M. Siegel's amicus letter.

The Clerk is directed to docket this Memorandum and its attachments in all cases listed in the Appendix attached hereto. This Memorandum and its attachments shall also be provided to the attorneys who submitted letters as amicus curiae.

Roger W. Titus
United States District Judge

Paul W. Grimm
United States District Judge

*for Judge Grimm*