

**THE PIETZ LAW FIRM**
LEADING Advocacy℠

3770 Highland Avenue, Suite #206
Manhattan Beach, California 90266-3279
Telephone: (310) 424-5557
Facsimile: (310) 414-9334
www.pietzlawfirm.com

March 29, 2013

***VIA OVERNIGHT MAIL***

U.S. District Court, District of Maryland
Honorable Roger W. Titus
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   <u>Consolidated Malibu Media Proceeding in District of Maryland
      8:13-cv-0360-RWT</u>

Judge Titus:

I represent approximately fifty (50) ISP subscribers who have been threatened with suit by Malibu Media, LLC, including several clients involved in cases pending in the United States District Court for the District of Columbia.

At present, I do not have any clients in Maryland, but I have recently become aware of the above-referenced proceeding, and have taken a keen interest in it.

Although the initial March 12, 2013, deadline in which to seek leave to participate in this Court's consolidated proceeding passed without my becoming aware of it, I understand that the Court may invite the current *amici curaie* to further comment on the procedure the Court is working on promulgating for these cases.

If indeed the Court is inclined to entertain further comment from *amici*, I would welcome the opportunity to participate as such.

Respectfully,

Morgan E. Pietz
THE PIETZ LAW FIRM
mpietz@pietzlawfirm.com

Cc(s):   Counsel of record, by electronic mail