

Ira Siegel
<irasiegel@earthlink.net>
04/01/2013 02:38 PM

To   MDD_PWGChambers@mdd.uscourts.gov,
     MDD_RWTChambers@mdd.uscourts.gov
cc   jhoppe@mhhhlawfirm.com,
     lholzman@theholzmanlawfirm.com,
     jsweet@boothsweet.com, johnseiver@dwt.com,
bcc

Subject   Malibu Media Cases--Supplemental Amicus Curiae
          Submission

1 attachment



Limited Supplemental Amicus Curiae Submission 4-1-13-2.pdf

Dear Judge Titus and Judge Grimm,

Please see the attached letter and its exhibits (in a single PDF file) regarding the disagreement between John Seiver and me at last week's hearing regarding whether or not Comcast forwards to its subscribers the DMCA notices sent to it by CEG.

Thank you.

Very truly yours,

Ira M. Siegel
LAW OFFICES OF IRA M. SIEGEL
INTELLECTUAL PROPERTY PROTECTION and ENFORCEMENT
PATENT, TRADEMARK and COPYRIGHT LAW
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210
Tel: 310-435-7656
email:  irasiegel@earthlink.net

**Law Offices of Ira M. Siegel**
**INTELLECTUAL PROPERTY PROTECTION AND ENFORCEMENT**
**PATENT, TRADEMARK AND COPYRIGHT LAW**
**433 N. Camden Drive, Suite 970**
**Beverly Hills, California 90210**
**Tel: 310-435-7656**
**Fax: 310-657-2187**
email: irasiegel@earthlink.net

April 1, 2013

by email:  MDD_RWTChambers@mdd.uscourts.gov
           MDD_PWGChambers@mdd.uscourts.gov

Hon. Roger W. Titus, United States District Judge
Hon. Paul W. Grimm, United States District Judge
United States District Court
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: Malibu Media, LLC v. John Doe Cases in the District of Maryland

Dear Judges Titus and Grimm,

Thank you for conducting the extended hearing regarding the "gateway" issues discussed on Monday, March 25, 2013.  Obviously, much more discussion could be had.

Please consider the following supplemental discussion regarding a specific disagreement that arose between Comcast's counsel, John D. Seiver, and me.

I had stated that (i) CEG sends "DMCA" notices to ISPs, (ii) when ISPs forward those notices on to their subscribers, such subscribers have an early opportunity to settle the monitored infringement inexpensively, and (iii) while some ISPs do forward CEG's notices to their respective subscribers, Comcast and AT&T do not do so, and Comcast and AT&T thereby deny their subscribers the opportunity to reach inexpensive settlements.

AT&T's counsel made no representation to the Court in this regard, and in fact AT&T does <u>not</u> forward CEG's DMCA notices to AT&T's subscribers.

Mr. Seiver, however, stated that Comcast does forward CEG's DMCA notices.  So, there is a disagreement between Mr. Seiver and the undersigned, and it turns out that in a way we are both correct.  That is, Comcast does send notices to its subscribers, but it deletes all information that would enable a subscriber to explore early settlement.

Attached as Exhibit A is a sample of the DMCA notice that CEG has sent to Comcast with respect to the movie "*Fat Kid Rules the World* " (hereinafter "*Fat Kid* ").  Attached as Exhibit B is a sample DMCA notice that Comcast does send to its subscribers.  CEG's notice and Comcast's notice are shown below side-by-side so that the Court can graphically observe that Comcast's notice does not include the information that follows the "Evidence" section, information which would provide to its subscribers the opportunity to settle inexpensively and obtain a release against a future lawsuit.  (The texts are "anchored" to each other around the Evidence section, the only portions that are substantially the same as each other.  The font size has been substantially reduced in the illustration below.  The text is more readable in the exhibits.)

| Sample *Fat Kid*  DMCA Notice from CEG to Comcast | Sample DMCA Notice in Turn Sent to Subscriber |
|---|---|
|  | Notice of Action under the Digital Millennium Copyright Act |
|  | Abuse Incident Number:    XXxxxxxxxxxxxxx<br>Report Date/Time:        XX Mar 2013 xx:xx:xx -0400 |
|  | *First Name Last Name*<br>*Street Address*<br>*City, State    Zip+Code* |
|  | Dear Comcast High-Speed Internet Subscriber: |
|  | Comcast has received a notification by a copyright owner, or its authorized agent, reporting an alleged infringement of one or more copyrighted works made on or over Comcast's High-Speed Internet service (the 'Service').  The copyright owner has identified the Internet Protocol ('IP') address associated with your Service account at the time as the source of the infringing works.  The works identified by the copyright owner in its notification |

***NOTE TO COMCAST CABLE: PLEASE FORWARD THIS ENTIRE NOTICE TO ACCOUNT HOLDER OF IP ADDRESS xx.xxx.xxx.xx***

March 5, 2013
Re: Notice of Unauthorized Use of Copyrights Owned by Outsider Pictures Case #: Pxxxxxxx

CEG TEK International ("We") represent Outsider Pictures. Outsider Pictures owns all right, title and interest, including copyrights, in and to the work listed below. (Some individuals may find certain words in titles of works to be offensive. We apologize in advance if this is the case.)

This notice is intended solely for the primary Comcast Cable internet service account holder. Someone using this account has engaged in the unauthorized copying and/or distribution of the work listed below.

Evidence:
Work Title: Fat Kid Rules the World
Copyright Owner: Outsider Pictures
Unauthorized File Name: [ www.UsaBit.com ] - Fat Kid Rules The World 2012 DVDRip XviD-IGUANA.avi
Unauthorized Hash:
90061dc47f29bae9ea29a6247acf02d16d4ff8a1
Unauthorized File Size: 730707969
Unauthorized Protocol: BitTorrent
Timestamp: 2013-03-03 22:35:22 North American Eastern Time
Unauthorized IP Address: xx.xxx.xxx.xx
Unauthorized Port: xxxxx
The following files were included in the unauthorized copying and/or distribution:
File 1: [ www.UsaBit.com ] - Fat Kid Rules The World 2012 DVDRip XviD-IGUANA.avi

You are hereby notified that unauthorized copying and/or distribution of Outsider Pictures's Work is a violation of the U.S. Copyright Act, 17 U.S.C. 106. In this regard, request is hereby made that you and all persons using this account immediately and permanently cease and desist the unauthorized copying and/or distribution of the registered copyrights listed in this notice or otherwise owned by Outsider Pictures.

You may also be held liable for monetary damages, including court costs and/or attorney fees if a lawsuit is commenced against you. You have until Thursday, April 4, 2013 to access the settlement offer and settle online. To access the settlement offer, please visit https://www.copyrightsettlements.com/ and enter Case #: Pxxxxxxx and Password: xxxx. To access the settlement offer directly, please visit https://www.copyrightsettlements.com/xx=Pxxxxxxxxxxxxx

Settlement Information:
Direct Settlement Link:
https://www.copyrightsettlements.com/xx=Pxxxxxxxxxxxxx
Settlement Website: https://www.copyrightsettlements.com/
Case #: Pxxxxxxx
Password: xxxx

If you fail to respond or settle within the prescribed time period,

are listed below.  Comcast reminds you that use of the Service (or any part of the Service) in any manner that constitutes an infringement of any copyrighted work is a violation of Comcast's Acceptable Use Policy and may result in the suspension or termination of your Service account.

If you have any questions regarding this notice, you may direct them to Comcast
in writing by sending a letter or e-mail to:

Comcast Customer Security Assurance
Comcast Cable Communications, LLC
1800 Bishops Gate Blvd., 3rd Floor East Wing

Mount Laurel, NJ 08054 U.S.A.
Phone: (888) 565-4329
Fax: (856) 324-2940

For more information regarding Comcast's copyright infringement policy,
procedures, and contact information, please read our Acceptable Use Policy by
clicking on the Terms of Service link at http://www.comcast.net.

Sincerely,
Comcast Customer Security Assurance

Copyright work(s) identified in the notification of claimed infringement:

Evidence:
Work Title: XxxxxxXxxXxxxxXxxxxxxx
Copyright Owner:
XXXxXxxxXXXxxxxXxxxxxXXXxXXXxXxxxxxx
Unauthorized File Name:
XxxxXxxxxxxxXxxxxXxxxxxxxxxx
-Xxxx
Unauthorized Hash:
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Unauthorized File Size: xxxxxxxxxx  bytes
Unauthorized Protocol: BitTorrent
Timestamp: 2013-03-xx  xx :xx :xx  North American Eastern Time
Unauthorized IP Address: xx .xx .xxx .xx
Unauthorized Port: xxxxx
The following files were included in the unauthorized copying and/or distribution:
File 1: XxxxXxxxxxxxXxxxxXxxxxxxxxxx
-Xxxx

the claim(s) will be referred to our attorneys for legal action. At that point the original settlement offer will no longer be an option and the amount will increase as a result of us having to involve our attorneys.

Nothing contained or omitted from this correspondence is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or waiver or limitation of any of the Outsider Pictures's rights or remedies, all of which are specifically retained and reserved.

The information in this notice is accurate. We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. We declare under penalty of perjury, that we are authorized to act on behalf of Outsider Pictures.

Sincerely,

Ira M. Siegel, Esq.
Legal Counsel
CEG TEK International
8484 Wilshire Boulevard, Suite 220
Beverly Hills, CA 90211
Toll Free: 877-526-7974
Email: support@copyrightsettlements.com
Website: www.copyrightsettlements.com

The early "settlement experience" is illustrated in Exhibit C. A subscriber goes online and goes to the settlement website landing page (Ex. C, p. 1). There, the subscriber certifies that he is at least 18 years old and agrees to the website's terms (as is commonly done on websites involving transactions), enters the case number and password that appears on the DMCA notice, and clicks through to the "review activity details" page (Ex. C, p. 2). On that page is the legend "Do not take action based on any information obtained from copyrightsettlements.com and/or CEG TEK International (CEG) without first consulting with your own attorney," and the subscriber has the opportunity to confirm the title of the work involved, and to add more works if he had received multiple DMCA notices. He also sees the amount required for settlement with respect to the work (or works) listed. He then clicks through to the "settlement information" page (Ex. C, p. 3). There he is offered three forms of payment options. (The aforementioned legend also appears.) For purposes of illustration, the exhibit shows the subscriber selecting the "mail settlement" option, which would get him another version of the "settlement information" page (Ex. C, p. 4), where he is given the further option of settling anonymously. After inputting identifying information (or, if he chooses to settle anonymously, "Doe" information), he clicks through to the "settlement confirmation" page (Ex. C, p. 5), where he receives instruction to print out a settlement by mail form (Ex. C, p. 6), which he is to mail to CEG along with his settlement payment. Upon CEG's receipt of his payment, the subscriber receives a release (Ex. C, pp. 7-8). For the Court's information, *Fat Kid* was very favorably reviewed by Roger Ebert of the *Sun Times* . See,

http://rogerebert.suntimes.com/apps/pbcs.dll/article?AID=/20121128/REVIEWS/121129986

Just like most of the movies that are the subject of the cases before the Court, the "*Fat Kid* " movie was made by an independent producer, and to the extent any substantial revenues will be obtained by such studios (to recapture the investments made in payments to employees of various occupations and to pay money to profit participants without whom the movie could not have been made), those revenues will be made through Internet sales (through DVDs ordered online or through downloads) or through "on demand" offerings through the Internet, or cable or satellite

TV.

Also like most of the other movies before the court, "*Fat Kid* " is available for legal purchase through Internet portals.  Attached as Exhibit D are screen shots from various websites showing that infringers could easily (as in even more easily than in engaging in BitTorrent file sharing, but for the parting with payment to make a legitimate purchase) obtain "*Fat Kid* " on DVD, digital download, rental or streaming video from several online vendors, including Amazon, iTunes, Blockbuster, Walmart, redbox, Best Buy, Netflix, and Verizon, and apparently soon on Comcast's Xfinitiy.  Depending on the image resolution desired and whether or not the viewer wants a copy to keep, this movie can be viewed for as little as $1.31 or as much as $21.99.

In just the 80 days from January 7, 2013 to March 27, 2013, CEG sent DMCA notices to Comcast regarding "*Fat Kid* " infringements through about 3100 unique IP addresses.  (Comcast subscribers accounted for over 30% of the "*Fat Kid* " infringements by BitTorrent file sharers that were discovered.)  With Comcast apparently soon to be making "*Fat Kid* " available through its Xfinitiy service, it would seem to be in its own best interest to forward CEG's complete notice to its subscribers so that they can see that there is a real consequence of their infringing activities.

These infringements are, of course, not harmless.  They divert revenues from all the people who create "*Fat Kids* " and other content.  As stated by Jane Scholz, a retired journalist, in a letter published in the March 25, 2013 issue of *The New Yorker*  magazine regarding a similar situation:

> "[D]ownloading periodicals such as the New York *Times* —or *The New Yorker* , for that matter—without paying for them would harm the people who worked for those publications in the past and who write for them today."

See, http://www.newyorker.com/magazine/letters/2013/03/25/130325mama_mail1

So, both John Seiver and I were partially correct.  If Comcast were to send CEG's complete DMCA notice to its subscribers, they would have the opportunity to settle the infringements committed through their Internet subscriptions without all the additional expenses and the imposition of statutory damage awards.

Respectfully submitted,

Ira M. Siegel

Attorney for Plaintiffs in

*Metro Media Entertainment, LLC*  v. Richard Steinruck, United States District Court for the District of Maryland Case No. 8-12-cv-00347-DKC

*Third Degree Films v. Named Defendant* , United States District Court for the District of Maryland Case No. 8-12-cv-00349-JFM

*Patrick Collins, Inc. v. Osburn,*  United States District Court for the District of Maryland Case No. 8-12-cv-01294-PWG

cc (w/encl.):

John D. Seiver, by email: johnseiver@dwt.com

Jon A. Hoppe, by email: jhoppe@mhhhlawfirm.com

Lawrence R. Holzman, by email: lholzman@theholzmanlawfirm.com

Jason E. Sweet, by email: jsweet@boothsweet.com

Bart W. Huffman, by email: bhuffman@lockelord.com

John Lowe, by email: johnlowe@johnlowepc.com

Christina Boffen, by email: cboffen@gmail.com

LAW OFFICES OF IRA M. SIEGEL
INTELLECTUAL PROPERTY PROTECTION AND ENFORCEMENT
PATENT, TRADEMARK AND COPYRIGHT LAW

**433 N. Camden Drive, Suite 970**
**Beverly Hills, California 90210**
Tel:     310-435-7656
Fax:     310-657-2187
email:  irasiegel@earthlink.net

April 1, 2013

by email:   MDD_RWTChambers@mdd.uscourts.gov
MDD_PWGChambers@mdd.uscourts.gov

Hon. Roger W. Titus, United States District Judge
Hon. Paul W. Grimm, United States District Judge
United States District Court
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re:     Malibu Media, LLC v. John Doe Cases in the District of Maryland

Dear Judges Titus and Grimm,

Thank you for conducting the extended hearing regarding the "gateway" issues discussed on Monday, March 25, 2013.   Obviously, much more discussion could be had.

Please consider the following supplemental discussion regarding a specific disagreement that arose between Comcast's counsel, John D. Seiver, and me.

I had stated that (i) CEG sends "DMCA" notices to ISPs, (ii) when ISPs forward those notices on to their subscribers, such subscribers have an early opportunity to settle the monitored infringement inexpensively, and (iii) while some ISPs do forward CEG's notices to their respective subscribers, Comcast and AT&T do not do so, and Comcast and AT&T thereby deny their subscribers the opportunity to reach inexpensive settlements.

AT&T's counsel made no representation to the Court in this regard, and in fact AT&T does <u>not</u> forward CEG's DMCA notices to AT&T's subscribers.

Mr. Seiver, however, stated that Comcast does forward CEG's DMCA notices.   So, there is a disagreement between Mr. Seiver and the undersigned, and it turns out that in a way we are both correct.   That is, Comcast does send notices to its subscribers, but it deletes all information that would enable a subscriber to explore early settlement.

Attached as Exhibit A is a sample of the DMCA notice that CEG has sent to Comcast with respect to the movie *Fat Kid Rules the World* (hereinafter "*Fat Kid*").   Attached as Exhibit B is a sample DMCA notice that Comcast does send to its subscribers.   CEG's notice and Comcast's notice are shown below side-by-side so that the Court can graphically observe that Comcast's notice does not include the information that follows the "Evidence"

Hon. Roger W. Titus, United States District Judge
Hon. Paul W. Grimm, United States District Judge
April 1, 2013
Page 2 of 5

section, information which would provide to its subscribers the opportunity to settle inexpensively and obtain a release against a future lawsuit.   (The texts are "anchored" to each other around the Evidence section, the only portions that are substantially the same as each other.   The font size has been substantially reduced in the illustration below. The text is more readable in the exhibits.)

| Sample *Fat Kid* DMCA Notice from CEG to Comcast | Sample DMCA Notice in Turn Sent to Subscriber |
|---|---|
| | Notice of Action under the Digital Millennium Copyright Act<br><br>Abuse Incident Number:        XXxxxxxxxxxxxxx<br>Report Date/Time:                 XX Mar 2013 xx:xx:xx -0400<br><br><br>*First Name Last Name*<br>*Street Address*<br>*City, State   Zip+Code*<br><br><br>Dear Comcast High-Speed Internet Subscriber:<br><br>Comcast has received a notification by a copyright owner, or its authorized agent, reporting an alleged infringement of one or more copyrighted works made on or over Comcast's High-Speed Internet service (the 'Service'). The copyright owner has identified the Internet Protocol ('IP') address associated with your Service account at the time as the source of the infringing works.  The works identified by the copyright owner in its notification are listed below. Comcast reminds you that use of the Service (or any part of the Service) in any manner that constitutes an infringement of any copyrighted work is a violation of Comcast's Acceptable Use Policy and may result in the suspension or termination of your Service account.<br><br>If you have any questions regarding this notice, you may direct them to Comcast<br>in writing by sending a letter or e-mail to: |
| ***NOTE TO COMCAST CABLE: PLEASE FORWARD THIS ENTIRE NOTICE TO ACCOUNT HOLDER OF IP ADDRESS xx.xxx.xxx.xx***<br>March 5, 2013<br>Re: Notice of Unauthorized Use of Copyrights Owned by Outsider Pictures Case #: Pxxxxxxxx<br><br>CEG TEK International ("We") represent Outsider Pictures. Outsider Pictures owns all right, title and interest, including copyrights, in and to the work listed below. (Some individuals may find certain words in titles of works to be offensive. We apologize in advance if this is the case.)<br><br>This notice is intended solely for the primary Comcast Cable internet service account holder. Someone using this account has engaged in the unauthorized copying and/or distribution of the work listed below. | Comcast Customer Security Assurance<br>Comcast Cable Communications, LLC<br>1800 Bishops Gate Blvd., 3rd Floor East Wing<br>Mount Laurel, NJ 08054 U.S.A.<br>Phone: (888) 565-4329<br>Fax: (856) 324-2940<br><br>For more information regarding Comcast's copyright infringement policy,<br>procedures, and contact information, please read our Acceptable Use Policy by<br>clicking on the Terms of Service link at http://www.comcast.net.<br><br>Sincerely,<br>Comcast Customer Security Assurance<br><br>Copyright work(s) identified in the notification of claimed infringement: |
| Evidence:<br>Work Title: Fat Kid Rules the World<br>Copyright Owner: Outsider Pictures<br>Unauthorized File Name; [ www.UsaBit.com ] - Fat Kid Rules The World 2012 DVDRip XviD-IGUANA.avi | Evidence:<br>Work Title: *XxxxxxXxxXxxxxXxxxxxxx*<br>Copyright Owner: *XXXxxXxxxxXXXxxxxXxxxxxxXXXXxXXXxXxxxxxx*<br>Unauthorized File Name: *XxxxXxxxxxxxxXxxxxXxxxxxxxxxx*<br>-*Xxxx* |

Hon. Roger W. Titus, United States District Judge
Hon. Paul W. Grimm, United States District Judge
April 1, 2013
Page 3 of 5

| | |
|---|---|
| Unauthorized Hash: 90061dc47f29bae9ea29a6247acf02d16d4ff8a1<br>Unauthorized File Size: 730707969<br>Unauthorized Protocol: BitTorrent<br>Timestamp: 2013-03-03 22:35:22 North American Eastern Time<br>Unauthorized IP Address: xx.xxx.xxx.xx<br>Unauthorized Port: xxxxx<br>The following files were included in the unauthorized copying<br>and/or distribution:<br>File 1: [ www.UsaBit.com ] - Fat Kid Rules The World 2012<br>DVDRip XviD-IGUANA.avi | Unauthorized Hash: xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx<br>Unauthorized File Size: xxxxxxxxx bytes<br>Unauthorized Protocol: BitTorrent<br>Timestamp: 2013-03-xx xx:xx:xx North American Eastern Time<br>Unauthorized IP Address: xx.xx.xxx.xx<br>Unauthorized Port: xxxxx<br>The following files were included in the unauthorized copying<br>and/or distribution:<br>File 1: XxxxXxxxxxxxXxxxxXxxxxxxxxxx<br>-Xxxx |

You are hereby notified that unauthorized copying and/or
distribution of Outsider Pictures's Work is a violation of the U.S.
Copyright Act, 17 U.S.C. 106. In this regard, request is hereby
made that you and all persons using this account immediately and
permanently cease and desist the unauthorized copying and/or
distribution of the registered copyrights listed in this notice or
otherwise owned by Outsider Pictures.

You may also be held liable for monetary damages, including court
costs and/or attorney fees if a lawsuit is commenced against you.
You have until Thursday, April 4, 2013 to access the settlement
offer and settle online. To access the settlement offer, please visit
https://www.copyrightsettlements.com/ and enter Case #: Pxxxxxxx
and Password: xxxx. To access the settlement offer directly, please
visit https://www.copyrightsettlements.com/xx=Pxxxxxxxxxxxx

Settlement Information:
Direct Settlement Link:
https://www.copyrightsettlements.com/xx=Pxxxxxxxxxxxx
Settlement Website: https://www.copyrightsettlements.com/
Case #: Pxxxxxxx
Password: xxxx

If you fail to respond or settle within the prescribed time period, the
claim(s) will be referred to our attorneys for legal action. At that
point the original settlement offer will no longer be an option and
the amount will increase as a result of us having to involve our
attorneys.

Nothing contained or omitted from this correspondence is, or shall
be deemed to be either a full statement of the facts or applicable
law, an admission of any fact, or waiver or limitation of any of the
Outsider Pictures's rights or remedies, all of which are specifically
retained and reserved.

The information in this notice is accurate. We have a good faith
belief that use of the material in the manner complained of herein is
not authorized by the copyright owner, its agent, or by operation of
law. We declare under penalty of perjury, that we are authorized to
act on behalf of Outsider Pictures.

Sincerely,

Ira M. Siegel, Esq.
Legal Counsel
CEG TEK International
8484 Wilshire Boulevard, Suite 220
Beverly Hills, CA 90211
Toll Free: 877-526-7974
Email: support@copyrightsettlements.com
Website: www.copyrightsettlements.com

The early "settlement experience" is illustrated in Exhibit C.   A subscriber goes online and goes to the settlement website landing page (Ex. C, p. 1).   There, the subscriber certifies that he is at least 18 years old and agrees to the website's terms (as is commonly done on websites involving transactions), enters the case number and password that appears on the DMCA notice, and clicks through to the "review activity details" page (Ex. C, p. 2). On that page is the legend "Do not take action based on any information obtained from copyrightsettlements.com and/or CEG TEK International (CEG) without first consulting with your own attorney," and the subscriber has the opportunity to confirm the title of the work involved, and to add more works if he had received multiple DMCA notices.   He also sees the amount required for the settlement with respect to the work (or works) listed.   He then clicks through to the "settlement information" page (Ex. C, p. 3).   There he is offered three forms of payment options.   (The aforementioned legend also appears.)   For purposes of illustration, the exhibit shows the subscriber selecting the "mail settlement" option, which would get him another version of the "settlement information" page (Ex. C, p. 4), where he is given the further option of settling anonymously.   After inputting identifying information (or, if he chooses to settle anonymously, "Doe" information), he clicks through to the "settlement confirmation" page (Ex. C, p. 5), where he receives instruction to print out a settlement by mail form (Ex. C, p. 6), which he is to mail to CEG along with his settlement payment.   Upon CEG's receipt of his payment, the subscriber receives a release (Ex. C, pp. 7-8).

For the Court's information, *Fat Kid* was very favorably reviewed by Roger Ebert of the *Sun Times*.   See,

http://rogerebert.suntimes.com/apps/pbcs.dll/article?AID=/20121128/REVIEWS/121129986

Just like most of the movies that are the subject of the cases before the Court, the "*Fat Kid*" movie was made by an independent producer, and to the extent any substantial revenues will be obtained by such studios (to recapture the investments made in payments to employees of various occupations and to pay money to profit participants without whom the movie could not have been made), those revenues will be made through Internet sales (through DVDs ordered online or through downloads) or through "on demand" offerings through the Internet, or cable or satellite TV.

Also like most of the other movies before the court, "*Fat Kid*" is available for legal purchase through Internet portals.   Attached as Exhibit D are screen shots from various websites showing that infringers could easily (as in even more easily than in engaging in BitTorrent file sharing, but for the parting with payment to make a legitimate purchase) obtain "*Fat Kid*" on DVD, digital download, rental or streaming video from several online vendors, including Amazon, iTunes, Blockbuster, Walmart, redbox, Best Buy, Netflix, and Verizon, and apparently soon on Comcast's Xfinitiy.   Depending on the image resolution

Hon. Roger W. Titus, United States District Judge
Hon. Paul W. Grimm, United States District Judge
April 1, 2013
Page 5 of 5

desired and whether or not the viewer wants a copy to keep, this movie can be viewed for as little as $1.31 or as much as $21.99.

In just the 80 days from January 7, 2013 to March 27, 2013, CEG sent DMCA notices to Comcast regarding "*Fat Kid*" infringements through about 3100 unique IP addresses. (Comcast subscribers accounted for over 30% of the "*Fat Kid*" infringements by BitTorrent file sharers that were discovered.)   With Comcast apparently soon to be making "*Fat Kid*" available through its Xfinitiy service, it would seem to be in its own best interest to forward CEG's complete notice to its subscribers so that they can see that there is a real consequence of their infringing activities.

These infringements are, of course, not harmless.   They divert revenues from all the people who create "*Fat Kids*" and other content.   As stated by Jane Scholz, a retired journalist, in a letter published in the March 25, 2013 issue of *The New Yorker* magazine regarding a similar situation:

> "[D]ownloading periodicals such as the New York *Times*—or *The New Yorker*, for that matter—without paying for them would harm the people who worked for those publications in the past and who write for them today."

See, http://www.newyorker.com/magazine/letters/2013/03/25/130325mama_mail1

So, both John Seiver and I were partially correct.   If Comcast were to send CEG's complete DMCA notice to its subscribers, they would have the opportunity to settle the infringements committed through their Internet subscriptions without all the additional expenses and the imposition of statutory damage awards.

Respectfully submitted,

Ira M. Siegel
Attorney for Plaintiffs in
*Metro Media Entertainment, LLC* v. Richard Steinruck, United States District Court for the
District of Maryland Case No. 8-12-cv-00347-DKC
*Third Degree Films v. Named Defendant*, United States District Court for the District of Maryland
Case No. 8-12-cv-00349-JFM
*Patrick Collins, Inc. v. Osburn*, United States District Court for the District of Maryland Case No.
8-12-cv-01294-PWG

cc (w/encl.):
John D. Seiver, by email: johnseiver@dwt.com
Jon A. Hoppe, by email: jhoppe@mhhhlawfirm.com
Lawrence R. Holzman, by email: lholzman@theholzmanlawfirm.com
Jason E. Sweet, by email: jsweet@boothsweet.com
Bart W. Huffman, by email: bhuffman@lockelord.com
John Lowe, by email: johnlowe@johnlowepc.com
Christina Boffen, by email: cboffen@gmail.com

***NOTE TO COMCAST CABLE: PLEASE FORWARD THIS ENTIRE NOTICE TO ACCOUNT HOLDER OF IP ADDRESS xx.xxx.xxx.xx***
March 5, 2013
Re: Notice of Unauthorized Use of Copyrights Owned by Outsider Pictures Case #:   Pxxxxxxx

CEG TEK International ("We") represent Outsider Pictures. Outsider Pictures owns all right, title and interest, including copyrights, in and to the work listed below. (Some individuals may find certain words in titles of works to be offensive. We apologize in advance if this is the case.)

This notice is intended solely for the primary Comcast Cable internet service account holder. Someone using this account has engaged in the unauthorized copying and/or distribution of the work listed below.

Evidence:
Work Title: Fat Kid Rules the World
Copyright Owner: Outsider Pictures
Unauthorized File Name: [ www.UsaBit.com ] - Fat Kid Rules The World 2012 DVDRip XviD-IGUANA.avi
Unauthorized Hash: 90061dc47f29bae9ea29a6247acf02d16d4ff8a1
Unauthorized File Size: 730707969
Unauthorized Protocol: BitTorrent
Timestamp: 2013-03-03 22:35:22 North American Eastern Time
Unauthorized IP Address: xx.xxx.xxx.xx
Unauthorized Port: xxxxx
The following files were included in the unauthorized copying and/or distribution:
File 1: [ www.UsaBit.com ] - Fat Kid Rules The World 2012 DVDRip XviD-IGUANA.avi

You are hereby notified that unauthorized copying and/or distribution of Outsider Pictures's Work is a violation of the U.S. Copyright Act, 17 U.S.C. 106. In this regard, request is hereby made that you and all persons using this account immediately and permanently cease and desist the unauthorized copying and/or distribution of the registered copyrights listed in this notice or otherwise owned by Outsider Pictures.

You may also be held liable for monetary damages, including court costs and/or attorney fees if a lawsuit is commenced against you. You have until Thursday, April 4, 2013 to access the settlement offer and settle online. To access the settlement offer, please visit https://www.copyrightsettlements.com/ and enter Case #: Pxxxxxxx and Password: xxxx. To access the settlement offer directly, please visit https://www.copyrightsettlements.com/xx=Pxxxxxxxxxxxxx

Settlement Information:
Direct Settlement Link: https://www.copyrightsettlements.com/xx=Pxxxxxxxxxxxxx
Settlement Website: https://www.copyrightsettlements.com/
Case #: Pxxxxxxx
Password: xxxx

If you fail to respond or settle within the prescribed time period, the claim(s) will be referred to our attorneys for legal action. At that point the original settlement offer will no longer be an option and the amount will increase as a result of us having to involve our attorneys.

Nothing contained or omitted from this correspondence is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or waiver or limitation of any of the Outsider Pictures's rights or remedies, all of which are specifically retained and reserved.

The information in this notice is accurate. We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. We declare under penalty of perjury, that we are authorized to act on behalf of Outsider Pictures.

Sincerely,

Ira M. Siegel, Esq.
Legal Counsel
CEG TEK International
8484 Wilshire Boulevard, Suite 220
Beverly Hills, CA 90211
Toll Free: 877-526-7974
Email: support@copyrightsettlements.com
Website: www.copyrightsettlements.com

Notice of Action under the Digital Millennium Copyright Act

Abuse Incident Number:      XXxxxxxxxxxxxxx
Report Date/Time:           XX Mar 2013 xx:xx:xx -0400

*First Name Last Name*
*Street Address*
*City, State   Zip+Code*

Dear Comcast High-Speed Internet Subscriber:

Comcast has received a notification by a copyright owner, or its authorized agent, reporting an alleged infringement of one or more copyrighted works made on or over Comcast's High-Speed Internet service (the 'Service').   The copyright owner has identified the Internet Protocol ('IP') address associated with your Service account at the time as the source of the infringing works.   The works identified by the copyright owner in its notification are listed below.   Comcast reminds you that use of the Service (or any part of the Service) in any manner that constitutes an infringement of any copyrighted work is a violation of Comcast's Acceptable Use Policy and may result in the suspension or termination of your Service account.

If you have any questions regarding this notice, you may direct them to Comcast in writing by sending a letter or e-mail to:

          Comcast Customer Security Assurance
          Comcast Cable Communications, LLC
          1800 Bishops Gate Blvd., 3rd Floor East Wing
          Mount Laurel, NJ 08054 U.S.A.
          Phone: (888) 565-4329
          Fax: (856) 324-2940

For more information regarding Comcast's copyright infringement policy, procedures, and contact information, please read our Acceptable Use Policy by clicking on the Terms of Service link at http://www.comcast.net.

Sincerely,
Comcast Customer Security Assurance

Copyright work(s) identified in the notification of claimed infringement:

Evidence:
Work Title: *Xxxxxx Xxx Xxxxx Xxxxxxx*
Copyright Owner: *XXXxXxxxXXXxxxxXxxxxxxXXXxXXXxXxxxxxx*
Unauthorized File Name: *XxxxXxxxxxxxxXxxxxXxxxxxxxxxx*
*-Xxxx*
Unauthorized Hash: *xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx*
Unauthorized File Size: *xxxxxxxxxx* bytes
Unauthorized Protocol: BitTorrent
Timestamp: 2013-03-*xx xx:xx:xx* North American Eastern Time
Unauthorized IP Address: *xx.xx.xxx.xx*
Unauthorized Port: *xxxxx*
The following files were included in the unauthorized copying and/or distribution:
File 1: *XxxxXxxxxxxxxXxxxxXxxxxxxxxxx*
*-Xxx*













# COPYRIGHT
SETTLEMENTS

## SETTLEMENT BY MAIL FORM

### PLEASE PRINT & RETURN A COPY OF THIS FORM WITH YOUR SETTLEMENT

Thank you for processing a mail settlement. A release of liability will be emailed to you as soon as your settlement is received and funds are cleared. The case number(s) below will remain open and subject to civil prosecution until settlement is received and fully processed.

**DUE DATE:**
April 17, 2013

**AMOUNT DUE:**
$99.00

**CASE NUMBER(S):**
P:-----

**CONTACT INFORMATION:**
John Doe
123 Main St
No City, CA 90211 US

**MAIL SETTLEMENT TO:**
CEG TEK International
P.O. Box 515381 #23722
Los Angeles, CA 90051-6681

Notice: Do not send cash.  Only cashier's checks, money orders, and personal checks are accepted (please make payable to: CEG TEK International).  You will be charged an additional $15.00 for all returned checks and be required to replace the returned check with a cashier's check or money order.  Failure to immediately replace the returned check will result in the matter being turned over to our legal department for further action.  CEG TEK International is not legally responsible for any lost, stolen, or delayed mail settlements.

Questions/Concerns:
Contact us by phone at 877-526-7974



Exhibit C, Page 6 of 8



# COPYRIGHT
## SETTLEMENTS

## LIABILITY RELEASE

Thank you for your settlement. Your liability release is below.
**PLEASE PRINT AND RETAIN A COPY OF THIS DOCUMENT - IT RELEASES YOU FROM LIABILITY.**

---

**Settlement Date:**
March 29, 2013

**Case Number:**
Pxxxxxxxx

**Title:**
Fat Kid Rules the World

**Infringement IP Address:**
xx.xx.xxx.xxx

**File Name:**
Fat Kid Rules The World 2012 DVDRip XviD-IGUANA.avi

**Source & Timestamp:**
BitTorrent - 03 Mar 2013 22:35:22 -0400

**RELEASOR:**
Outsider Pictures, LLC
1127 9th Street #104
Santa Monica, CA 90403

**RELEASEE:**
John Doe
123 Main St
No City, CA 90211 US

**Release Security Code: 9X43G85AB8INFRING3M3NT4321**
(Please note: the Release Security Code is unique to this case and cannot be replicated.)

RELEASEE understands that RELEASOR asserts that, before the Settlement Date set forth above, infringement of the copyright in the above-titled work occurred on the computer associated with the IP Address and Timestamp listed above. RELEASOR and RELEASEE are willing to settle and resolve any claim against RELEASEE for that alleged infringement under the terms and conditions set forth herein, it being understood by both that this Liability Release represents a compromise and that nothing herein is to be construed as an admission of liability on the part of RELEASEE.

RELEASEE represents and warrants to RELEASOR that, to the extent, if any, that RELEASEE has ever had an unauthorized copy of the above-titled work in RELEASEE's possession, RELEASEE has removed any and all copies of the above-titled work from all of RELEASEE's computers and has destroyed all other copies of the work prior to the Settlement Date written above except for any copies lawfully obtained from RELEASOR.

---

Case Number: Pxxxxxxxx | Case IP: xx.xx.xxx.xxx | Settlement Date: March 29, 2013
Release Security Code: 9X43G85AB8INFRING3M3NT4321

CEG TEK International | 8484 Wilshire Boulevard, Suite 220 | Beverly Hills, CA 90211
support@copyrightsettlements.com | www.copyrightsettlements.com
Toll Free: 877-526-7974

# COPYRIGHT
## SETTLEMENTS

RELEASEE further represents and warrants that RELEASEE will not hereinafter make any copy of the work except as may be allowed by law, and that RELEASEE will not engage, directly or indirectly, in any reproduction or distribution of the above-titled work on the Internet.

In reliance on the representations and warranties made above by RELEASEE, and in consideration of the settlement amount received by RELEASOR from RELEASEE on the Settlement Date, RELEASOR hereby releases and discharges the RELEASEE, and RELEASEE's heirs and successors, from and against all claims, causes of actions, lawsuits, damages and demands whatsoever, specifically arising from, relating to, or in connection with RELEASEE's alleged infringement prior to the Settlement Date of the copyright in the above-titled work on the computer associated with the IP Address and Timestamp listed above.  This Liability Release applies to no other claims, causes of action, lawsuits, damages and demands that RELEASOR may have against RELEASEE (e.g., for subsequent infringement of the same work or for any infringement at any time of the copyright in another work), any and/or all of which, if existing, shall survive this Liability Release.  Further, this Liability Release applies to no infringements of the copyright in the above-titled work that have occurred on computers or other devices outside of RELEASEE's household.

---

Case Number: Pxxxxxxxx | Case IP: xx.xx.xxx.xxx | Settlement Date: March 29, 2013
Release Security Code: 9X43G85AB8INFRING3M3NT4321

CEG TEK International | 8484 Wilshire Boulevard, Suite 220 | Beverly Hills, CA 90211
support@copyrightsettlements.com | www.copyrightsettlements.com
Toll Free: 877-526-7974

Exhibit C, Page 8 of 8

Fat Kid Rules the World

www.walmart.com/ip/22288389

Walmart
Save money. Live better.

Get more with your tax refund with online specials

Value of the Day | Local Ad | Store Finder | Registry | Gift Cards

New customer? Sign In | Help

Track My Orders | My Account | My Lists

See All Departments

Search Movies & TV Search Go

My Cart(0)

My Store: San Diego

Movies & TV : Comedy

see all movies and books

**Fat Kid Rules the World (2012)**

Be the first to write a review R 99 minutes

Video On Demand by VUDU Learn More

Rent For 48 Hours

$3.99 Standard Definition (SD)
For PCs, Macs and non-HD TVs

$4.99 High Definition (HD)
For HDTVs: High-definition 720p picture

$5.99 Full High Definition (HDX)
For HDTVs: Best-quality 1080p picture

Rent Now

Help me decide

Buy Unlimited Viewings from $14.99

Add to Wishlist

Already own this title? Go to your VUDU Library

Troy Billings is seventeen, overweight, and suicidal. Just as he's about to jump in front of a bus, he's saved by Marcus, a charming high school dropout/street musician. The two begin an uneasy friendship when Marcus enlists the musically challenged Troy ... View More

Genres Drama, Comedy
Director Matthew Lillard
Starring Jacob Wysocki, Matt O'Leary, Billy Campbell
View More

Watch Trailer
Watch the First Two Minutes

Share this:

You may also be interested in...

ADVERTISEMENT

GIZMODO

Recently Viewed Items
You don't have any recently viewed items

ADVERTISEMENT

**About Video on Demand by VUDU**

Top of Page

Video on Demand by VUDU is a service that allows you to watch videos you want—including new releases—in high definition, with no monthly fees and no late fees. If it is out on DVD, chances are you can watch it today on VUDU.

Use Walmart.com to browse and rent or buy the movies you want, and then watch them on your computer or on your TV (requires an Internet connection and a VUDU-enabled HDTV or Blu-ray player, or a Sony PS3™).

Watch on Your Computer

Browse and rent or buy on Walmart.com, then start watching movies right in your browser.

Requirements:

- A computer running Windows or Mac OS
- A current Web browser that supports Adobe Flash 10.1 or later
- Internet connection of 1 Mbps or faster. (Not sure if your connection is fast enough? Test it now on VUDU.com)

Fat Kid Rules The World ×

www.bestbuy.com/site/Fat+Kid+Rules+The+World+-+Widescreen+-+DVD/6975432.p?id=2621930&skuId=6975432&st=Lilli%20Suburg&lp=6&cp=1

BEST BUY

Search by Keyword, SKU # or Item #

Español | My Account | Order Status | Customer Service

Store Locator Weekly Deals Credit Cards Reward Zone

PRODUCTS SERVICES SHOPS & DEALS GIFTS

Welcome.
Please create an account or Sign In.

0 Items

**THE BIG SPRING CLEANUP** Huge March savings in every department. Plus free shipping. Shop now ›

Best Buy › Movies & Music › Movies & TV Shows › Product Info

VIDEOS

## Fat Kid Rules The World (Enhanced Widescreen for 16x9 TV) (DVD)

**SKU:** 6975432 **Release Date:** 1/22/2013

**Rating:** R

**Customer Reviews:** Be the first to write a review.

R MPAA

**Shipping:** Usually leaves our warehouse in 1 business day

Estimate Arrival Time

**Store Pickup:**

Check Stores

Learn about Store Pickup

**Special Offers:**

- Free Shipping

**Best Buy Cardholder Offers:**

- Get 4% Back in Rewards: See How

LOW PRICE GUARANTEE

FREE SHIPPING

Our Price: $9.99

Add to Cart

ADD TO WISH LISTS

Overview | Details | Cast & Crew | Customer Reviews

Be the first to write a review.

**SHARE THIS PRODUCT**

Like Sign Up to see what your friends like.

Tweet 0 +1 0

**WHAT PARENTS NEED TO KNOW**

Common Sense Media Says:

















