**LIPSCOMB EISENBERG & BAKER, PL.**

Reply to:<br>
Keith Lipscomb<br>
KLipscomb@lebfirm.com

April 22, 2013

**VIA CM/ECF AND OVERNIGHT MAIL**
Judge Roger W. Titus
Judge Paul W. Grimm
United States District Court
District Court of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

      **Re:**    **Malibu Media, LLC v. John Doe Cases in the District of Maryland**

Dear Judge Titus and Judge Grimm,

    My name is M. Keith Lipscomb and I have been hired by Malibu Media to coordinate and monitor the activity of its counsel throughout the country.

    My experience working with Malibu Media and litigating copyright BitTorrent infringement actions is extensive. I file suits for Malibu Media in Florida. I have also appeared with co-counsel in New York on behalf of Malibu Media. I am also lead counsel for Malibu Media in the Bellwether cases in the Eastern District of Pennsylvania, scheduled for trial on June 12, 2013. *See Malibu Media, LLC v. John Does 1, 6, 13, 14, and 16*, 2:12-cv-02078-MMB (E.D. Pa.).

    I am writing today to respectfully request permission to participate in the telephone status conference scheduled for Tuesday, April 23, 2013 at 10:00 a.m. I believe my experiences litigating Malibu Media's cases may offer a unique perspective as the Court considers procedures relating to subpoenas in Malibu Media cases moving forward.

    Should you have any questions or would like more information, please do not hesitate to contact me.

                                    Very truly yours,

                                    LIPSCOMB, EISENBERG & BAKER, PL

                                    By: *M. Keith Lipscomb*
                                       M. Keith Lipscomb, Esq.