**File Hashes for IP Address 68.50.250.243**

**ISP:** Comcast Cable
**Physical Location:** Potomac, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/04/2013 12:10:00 | A5D4830AAE367E3FB6371C30BEE5E226477FB9E4 | This Really Happened |
| 06/07/2013 18:28:40 | 0AB495FF1E0C02D7BB5E61D6002823243C478F59 | Everlasting Friendship |
| 06/07/2013 18:12:08 | 8EDA0AF60A012818FED971AC0DA28695577A5D0A | Names |
| 12/04/2012 12:43:55 | 01AD447D7BFCB997C406D6C1628A9D1E5585B913 | Heart and Soul |
| 12/04/2012 12:39:30 | 392ED06D9BEF1D347E8BDFFCD5D830325BE812A4 | Lovers in Paradise |
| 10/08/2012 15:58:23 | 83D5D2159C1FC6F7D1534B6DD1F7B2ECC6A93C0B | Dangerous Game |
| 10/05/2012 12:03:22 | 3418CA8F89935F424756118B6FEA0B26F3482A19 | Wild Things |
| 09/25/2012 12:34:16 | 7A1CDFEE20E4323EE38586B16DE27D8B2E8205DD | Positively In Love |
| 09/25/2012 12:31:58 | DAC9473E2B5C64D6ED0838A48CB571795B1054F7 | Starting Over |
| 09/25/2012 12:24:59 | 9A66F5ABD062F8A5990CFC02B47420BD00212BA4 | This Side of Paradise |
| 09/25/2012 12:22:40 | 9248742B6CDDCAC2C6D6D0A34FF71F2AA9D3104C | Morning Memories |
| 09/25/2012 12:22:38 | 5E450C2DE92CE136969B2E9840C7839D800F1289 | Unbelievably Beautiful |
| 06/26/2012 12:08:51 | 0311FA5E194C8239735B0C22D062AF51DF9FABC9 | Happy Couple |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

MD51