**Copyrights-In-Suit for IP Address 68.50.250.243**

**ISP:** Comcast Cable
**Location:** Potomac, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 10/08/2012 |
| Everlasting Friendship | PA0001834620 | 04/11/2013 | 04/12/2013 | 06/07/2013 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 06/26/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 12/04/2012 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 12/04/2012 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 09/25/2012 |
| Names | PA0001843106 | 05/10/2013 | 05/14/2013 | 06/07/2013 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 09/25/2012 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 09/25/2012 |
| This Really Happened | PENDING | 08/03/2013 | 08/10/2013 | 08/04/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 09/25/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 09/25/2012 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/05/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  13**

EXHIBIT B

MD51