**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | Case No. 8:13-cv-0360-RWT <br><br> Hon. Roger W. Titus |

**ORDER GRANTING MOTION**
**FOR LEAVE TO PROCEED ANONYMOUSLY**

The Internet user who pays the bill for the account associated with IP address 68.50.250.243, and who Malibu Media accuses of being the John Doe defendant in this action ("Movant"), by and through counsel, moved the court for leave to proceed anonymously on October 16, 2013.

The Court, having duly considered the motion and breifing, hereby **GRANTS** the motion, as follows:

**ORDERED**, that Movant shall be allowed to proceed anonymously in this action through the close of discovery and adjudication of dispositive motions. In all future pleadings, parties shall refer to Movant in public documents as "John Doe," pending further order of the Court. *See Doe v. City of Chicago*, 360 F.3d 667, 669 (7th Cir. 2004); *Does I thru XXII v. Advanced Textile*, 214 F.3d 1058, 1068–69 (9th

Cir. 2000); *James v. Jacobson*, 6 F.3d 233, 238–39 (4th Cir. 1993); *Malibu Media, LLC v. Reynolds, et al.*, N.D. Ill. No. 1:12-cv-6672 (ECF No. 51) (Kendall, V.); *Malibu Media, LLC v. John Does 1-37,* N.D. Ill., No. 1:12-cv-06674 (ECF No. 33) (Feinerman, G.); and *Sunlust Pictures, LLC v. Does 1-75*, 2012 U.S. Dist. LEXIS 121368, *14-15 (N.D. Ill. August 27, 2012) (Tharp, J.).

**SO ORDERED.**

DATE: _____          _____
                                Honorable Roger W. Titus
                                United States District Judge