ENTERED
LODGED    RECEIVED

OCT 2 9 2013

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEP

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA
_____    *
**Plaintiff(s)**          *
                          *   Case No.: 8:13-cv-00360
          v.              *   _____
                          *
JOHN DOE                  *
_____
**Defendant(s)**          *

\* \* \* \* \* \*

### MOTION FOR ADMISSION *PRO HAC VICE*

I, John Lowe _____, am a member in good standing of the bar of this Court.

My bar number is 12409 _____ I am moving the admission of Morgan E. Pietz _____

_____ to appear *pro hac vice* in this case as

counsel for John Doe subscriber _____ .

We certify that:

1.      The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.      The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| California - 12/01/2008 | C.D. Cal. - 12/01/2008 |
| | D. Co. - 03/27/13 |
| | N.D. Il. - 02/06/2013 |

3.      During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero _____ times.

4.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.      The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.      Either the undersigned movant or _undersigned movant_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.      **The $50.00 fee for admission *pro hac vice* accompanies this motion.**

9.      We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT

_____
Signature

John C. Lowe
_____
Printed Name


_____
Firm

5920 Searl Terrace
_____
Address

Bethesda, MD 20816
_____
City, State, Zip Code

202.251.0437
_____
Telephone Number

301.320.8878
_____
Fax Number

johnlowe@johnlowepc.com
_____
Email Address


PROPOSED ADMITTEE

_____
Signature

Morgan E. Pietz
_____
Printed Name

The Pietz Law Firm
_____
Firm

3770 Highland Ave., #206
_____
Address

Manhattan Beach, CA 90266
_____
City, State, Zip Code

310.424.5557
_____
Telephone Number

310.546.5301
_____
Fax Number

mpietz@pietz.lawfirm.com
_____
Email Address